UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGEL INEH,
TOREAN STRICKLAND, Case No.:

Plaintiffs,

v.

FIRST COMMUNITY INSURANCE
COMPANY,

Defendant.
_______________________________________/

**COMPLAINT FOR DAMAGES**

COMES NOW the Plaintiffs, ANGEL INEH and TOREAN STRICKLAND ("Plaintiffs"), by and through undersigned counsel, and file this Complaint for damages against Defendant, FIRST COMMUNITY INSURANCE COMPANY ("Defendant"), and as grounds therefore state as follows:

***GENERAL ALLEGATIONS***

1. At all times relevant hereto, Plaintiffs, ANGEL INEH and TOREAN STRICKLAND, are residents of the State of Florida and are the named insureds under a Standard Flood Insurance Policy covering the property located at 3710 27th Ave South, Saint Petersburg, Florida 33711 ("Insured Property").

2. At all times relevant hereto, Defendant, FIRST COMMUNITY INSURANCE COMPANY, was an insurance company authorized to transact insurance business in the State of Florida and issued a Standard Flood Insurance Policy ("SFIP")

pursuant to the National Flood Insurance Program insuring the Insured Property.

## ***JURISDICTION AND VENUE***

3. This Court has original and exclusive jurisdiction over this action pursuant to 42 U.S.C. § 4072 and 44 C.F.R. Part 61, App. A(1), Article VII(R), which vests exclusive subject-matter jurisdiction in the United States District Court for the district in which the insured property is located over claims arising from disputes under a Standard Flood Insurance Policy issued pursuant to the National Flood Insurance Program.

4. Venue is proper in this Court because the Insured Property is located within the Middle District of Florida.

## ***COUNT I – BREACH OF CONTRACT***

5. Plaintiffs re-allege and incorporate Paragraphs 1 through 4 above as if fully set forth herein.

6. This is an action for damages for breach of an insurance contract.

7. In consideration of the premium paid, Defendant issued to Plaintiffs a Standard Flood Insurance Policy ("SFIP"), Policy No. 09-6820493300, pursuant to the National Flood Insurance Program, which was in full force and effect at the time of the loss and insured the Insured Property located at 3710 27th Ave South, Saint Petersburg, Florida 33711. Upon further information and belief, Defendant has a copy of Policy Number 09-6820493300 and Plaintiffs will file a copy once obtained through discovery, which will be served upon service of this complaint. Plaintiffs are not currently in possession of the policy.

8. During the effective period of the SFIP, the Insured Property sustained a direct physical loss and damage.

9. On or about September 26, 2024, the Insured Property was damaged as a result of a flood, namely Hurricane Helene, a peril for which the SFIP provides coverage.

10. The sudden and unexpected loss caused by the flood caused Plaintiffs to sustain loss to the covered structure and interior of the Insured Property.

11. The sudden and unexpected loss caused by the flood caused Plaintiffs to incur additional expenses and will continue to cause expense and loss.

12. Plaintiffs requested payment for covered damages; however, Defendant failed and refused and continues to refuse to fully pay the aforementioned damages despite knowing that it is required to do so.

13. Plaintiffs timely reported the claim to Defendant and complied with all post-loss obligations required under the SFIP, or were otherwise excused from performance by the acts, representations and/or conduct of the Defendant.

14. Notwithstanding the foregoing, Defendant has failed or refused to provide full coverage under the insurance policy and has failed to pay promptly the full amounts due and thereby breached the contract of insurance.

15. As a direct and proximate result of Defendant's breach of contract, Plaintiffs have been financially damaged and continue to suffer damage and loss.

16. Plaintiffs were forced to retain an attorney to pursue the claim due to Defendant's conduct.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in favor of Plaintiffs and against Defendant, FIRST COMMUNITY INSURANCE COMPANY, for all damages caused by Defendant's breach of contract, including actual and compensatory damages, costs of this action, attorney's fees, consequential damages, prejudgment interest, and such other and further relief as the Court deems just and proper.

## ***JURY TRIAL DEMAND***

Plaintiffs demand a trial by jury on all issues so triable.

Respectfully submitted,

**/s/ Shawnricka D. Manley**

Shawnricka D. Manley, Esq.
Florida Bar No.: 1025990

**Property Litigation Group, PLLC**
*Attorneys for Plaintiff*
2750 SW 145th AVE
Suite 509
Miramar, FL 33027
Primary Email: service@plgdamage.com
Secondary Email: sm@plgdamage.com
Alternate Email:
fmaldonado@plgdamage.com
PH: (305) 506-4746